UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Frederick J. Dumont,** )<br>)<br>Plaintiff )<br>v. )<br>)<br>**PepsiCo, Inc.** )<br>)<br>And )<br>)<br>**PepsiCo Administration Committee,** )<br>)<br>Defendants ) | **Civil Action**<br>**Case No. 1:15-cv-369-NT** |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER VENUE**

Plaintiff respectfully requests, pursuant to D. Me. Local R. 7(f), that oral argument be held on Defendant's Motion to Dismiss or to Transfer Venue, dated October 2, 2015.

Dated: November 7, 2015

/s/ Alton C. Stevens_____
Alton C. Stevens, Esq. – Bar No. 2666
Marden, Dubord, Bernier & Stevens
44 Elm Street, P.O. Box 708
Waterville, ME  04903-0708
(207) 873-0186
astevens@mardendubord.com

Attorney for Plaintiff

## CERTIFCATE OF SERVICE

I, Alton C. Stevens, hereby certify that on November 7, 2015, I electronically filed the above "Plaintiff's Request for Oral Argument on Defendants' Motion To Dismiss Or To Transfer Venue" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Randall B. Weill, Esq. and Richard J. Paulter, Esq.

Dated:  November 7, 2015

/s/ Alton C. Stevens
Alton C. Stevens, Esq. – Bar No. 2666
Marden, Dubord, Bernier & Stevens
44 Elm Street, P.O. Box 708
Waterville, ME  04903-0708
(207) 873-0186
astevens@mardendubord.com