UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FREDERICK J. DUMONT )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PEPSICO, INC. )<br>)<br>And )<br>)<br>PEPSICO ADMINISTRATION )<br>   COMMITTEE )<br>)<br>   Defendants. )<br>) | CASE NO. 1:15-CV-369-NT |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Defendants believe that the parties have fully briefed the issues, citing more than 25 cases in which the courts have addressed the parties' arguments and decided the very issues before the Court. Defendants believe oral argument would be an unnecessary imposition upon the Court's valuable time.

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**

Date: November 9, 2015          By: */s/ Randall B. Weill*
                                Randall B. Weill
                                One City Center
                                P.O. Box 9546
                                Portland, ME 04112-9546
                                (207) 791-3000 (TEL)
                                (207) 791-3111 (FAX)
                                rweill@preti.com

                                and

9433190.1

**THOMPSON COBURN LLP**

Date: November 9, 2015  By: **/s/ Richard J. Pautler, Esq**
Richard J. Pautler (pro hac vice)
One US Bank Plaza – 28th Floor
St. Louis, MO 63101
(314) 552-6470
(314) 552-7470 (fax)
rpautler@thompsoncoburn.com

Attorneys for Defendants

- 2 -

## **CERTIFICATE OF SERVICE**

    I, Randall B. Weill, hereby certify that I electronically filed Defendants' Response to Plaintiff's Request for Oral Argument in this matter with the Clerk of Court and that service has been made on all those registered to receive service through the Court's ECF system in this matter.

    Dated at Portland, Maine this 9th day of November, 2015.

                                                     */s/ Randall B. Weill*
                                                     Randall B. Weill, Esq.

PRETI FLAHERTY
One City Center
P.O. Box 9546
Portland, Maine  04112-9546
(207) 791-3000

9433190.1